# MEMORANDUM DECISIONS.

---

ANDERSON et al. v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit.) No. 989. Certified to supreme court for instructions upon certain questions, under the provisions of section 6 of the act of March 3, 1891.

---

BARBER et al. v. DAYTON et al. (Circuit Court of Appeals, Eighth Circuit. September 6, 1897.) No. 795. In Error to the Circuit Court of the United States for the District of Kansas. Dismissed, without costs to either party, on motion of plaintiffs in error; attorney's fee being waived.